

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00399-CR

| | | |
|---|---|---|
| Jasmyne Donosky | § | From County Criminal Court No. 3 |
| | § | of Denton County |
| | § | (CR-2016-00372-C) |
| v. | § | October 26, 2017 |
| | § | Opinion by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman